# Barnes, Katherine Greiner (Katie)

| | |
|---|---|
| **From:** | Pensyl, Tyler B. |
| **Sent:** | Monday, January 21, 2019 5:28 PM |
| **To:** | eandeglobalsourcing@gmail.com |
| **Subject:** | Otter v. Wang |
| **Attachments:** | (31826358)_(1)_2018-12-13 [01] Complaint.PDF; (31826360)_(1)_2018-12-13 [01-1] Civil Cover Sheet.PDF; (31832995)_(1)_2018-12-13 [03] Magistrate Consent Form.PDF; (31861829)_(1)_2018-12-19 [11] Summons.PDF; Wang ros.pdf |

Mr. Wang,

As you know, Otter Products, LLC and TreeFrog Developments, Inc. (collectively, "Otter") have retained our law firm to represent them in connection with you unauthorized and unlawful sale of products bearing the OtterBox and LifeProof trademarks through "E&E Global" and "1to3shop-store" storefronts on Amazon.

As you also know, Otter has filed a lawsuit against you in the U.S. District Court for Colorado. A copy of the complaint, summons, and scheduling order is attached. The summons and complaint were served on you on December 26, 2018 – as set forth in the attached proof of service. Your response to the complaint was due on January 16, 2019. You failed to respond. Because you failed to respond to the complaint, we can now seek a default judgment against you.

I am writing you to give you one last attempt to resolve this matter before we move forward with obtaining a judgment against you. If you do not respond to me by January 23, 2019, then we will move forward with seeking a default judgment, including an injunction, disgorgement of profits, attorneys' fees, and all other appropriate relief. If you wish to avoid such a judgment, please contact me by January 23, 2019.

Tyler B. Pensyl



**Tyler B. Pensyl**
Partner

Vorys, Sater, Seymour and Pease LLP
52 East Gay Street | Columbus, Ohio 43215

Direct: 614.464.6334
Fax: 614.719-5072
Email: tbpensyl@vorys.com
**www.vorys.com**