52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008

614.464.6400 | www.vorys.com

Founded 1909

**Tyler B. Pensyl**
Direct Dial   (614) 464-6334
Direct Fax   (614) 719-5072
Email tbpensyl@vorys.com

January 31, 2019

**VIA CERTIFIED**

Eddy Wang
6 S. Linden Ave., Suite 1
South San Francisco, CA 94080

      Re:    *Otter Products, LLC, et al. v. Eddy Wang*,
             Case No. 1:18-cv-03198-SKC (D. Col.)

Dear Mr. Wang:

      Enclosed please find Plaintiffs' Request for Entry of Default By Clerk Against Defendant Eddy Wang that was filed in the above-captioned matter.

                                    Very truly yours,

                                      Tyler B. Pensyl

Enclosures

Columbus  |  Washington  |  Cleveland  |  Cincinnati  |  Akron  |  Houston  |  Pittsburgh