

**Vorys, Sater, Seymour and Pease LLP**
Legal Counsel

52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008

614.464.6400 | www.vorys.com

Founded 1909

Tyler B. Pensyl
Direct Dial   (614) 464-6334
Direct Fax    (614) 719-5072
Email tbpensyl@vorys.com

March 14, 2019

**VIA CERTIFIED MAIL**

Eddy Wang
6 S. Linden Ave., Suite 1
South San Francisco, CA 94080

      Re:   *Otter Products, LLC, et al. v. Eddy Wang*,
            Case No. 1:18-cv-03198-SKC (D. Col.)

Dear Mr. Wang:

      Enclosed please find Plaintiffs' Motion for Default Judgment and Permanent Injunction that was filed in the above-captioned matter.

      Very truly yours,

      Tyler B. Pensyl

Enclosures