19-617155

| Secretary of State<br>Statement of Information<br>(California Stock, Agricultural Cooperative and Foreign Corporations) | SI-550 |
|---|---|

☞7 ↙

FILED
Secretary of State
State of California

APR 03 2019

**IMPORTANT** — Read instructions *before completing this form.*

Fees (Filing plus Disclosure) – $25.00;

Copy Fees – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

1.50/NF/PC

*This Space For Office Use Only*

**1. Corporation Name** (Enter the **exact** name of the corporation as it is recorded with the California Secretary of State. Note: If you registered in California using an assumed name, see instructions.)

E&E GLOBAL, INC.

**2. 7-Digit Secretary of State File Number**

C3865324

**3. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Executive Office - Do not list a P.O. Box<br>25570 Rye Canyon Rd., Unit B | Valencia | CA | 91355 |
| b. Mailing Address of Corporation, **if different than Item 3a** | | | |
| c. Street Address of Principal California Office, if any and if different than Item 3a - Do not list a P.O. Box<br>25570 Rye Canyon Rd., Unit B | Valencia | CA | 91355 |

**4. Officers** — The Corporation is required to list all three of the officers set forth below. An additional title for the Chief Executive Officer and Chief Financial Officer may be added; however, the preprinted titles on this form must not be altered.

| a. Chief Executive Officer/ First Name<br>Zhongbo | Middle Name | Last Name<br>Li | | Suffix |
|---|---|---|---|---|
| Address<br>20824 Doasta Way | | City (no abbreviations)<br>Northridge | State<br>CA | Zip Code<br>91326 |
| b. Secretary First Name<br>Zhenlin | Middle Name | Last Name<br>Li | | Suffix |
| Address<br>20824 Doasta Way | | City (no abbreviations)<br>Northridge | State<br>CA | Zip Code<br>91326 |
| c. Chief Financial Officer/ First Name<br>Zhongbo | Middle Name | Last Name<br>Li | | Suffix |
| Address<br>20824 Doasta Way | | City (no abbreviations)<br>Northridge | State<br>CA | Zip Code<br>91326 |

**5. Director(s)** — California Stock and Agricultural Cooperative Corporations ONLY: **Item 5a**: At least one name **and** address must be listed. If the Corporation has additional directors, enter the name(s) and addresses on Form SI-550A (see instructions).

| a. First Name<br>Zhongbo | Middle Name | Last Name<br>Li | | Suffix |
|---|---|---|---|---|
| Address<br>20824 Doasta Way | | City (no abbreviations)<br>Northridge | State<br>CA | Zip Code<br>91326 |

b. Number of Vacancies on the Board of Directors, if any [  ]

**6. Service of Process** (Must provide either Individual OR Corporation.)

INDIVIDUAL – Complete items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | | Suffix |
|---|---|---|---|---|
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | | State<br>CA | Zip Code |

CORPORATION – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b
LEGALZOOM.COM, INC. (C2967349)

**7. Type of Business**

Describe the type of business or services of the Corporation
Aerospace/Aviation, Engineering, Manufacturing

**8. The Information contained herein, including in any attachments, is true and correct.**

| 03/26/2019 | Cheyenne Moseley | Asst. Secretary, LegalZoom.com, Inc., on behalf of the filing entity | CM |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

SI-550 (REV 01/2017)

1/2

2017 California Secretary of State
www.sos.ca.gov/business/be

| | **Attachment to**<br>**Statement of Information**<br>(California Stock and Agricultural Cooperative Corporations) | **SI-550A**<br>**Attachment** |
|---|---|---|

**A. Corporation Name**

E&E GLOBAL, INC.

**B. 7-Digit Secretary of State File Number**

C3865324

This Space For Office Use Only

**C. List of Additional Director(s)** – If the corporation has more than one director, enter the additional directors' names and addresses.

| | First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|---|
| 5b. | Zhenlin | | Li | |
| | Address | City (no abbreviations) | State | Zip Code |
| | 20824 Doasta Way | Northridge | CA | 91326 |
| 5c. | First Name | Middle Name | Last Name | Suffix |
| | Address | City (no abbreviations) | State | Zip Code |
| 5d. | First Name | Middle Name | Last Name | Suffix |
| | Address | City (no abbreviations) | State | Zip Code |
| 5e. | First Name | Middle Name | Last Name | Suffix |
| | Address | City (no abbreviations) | State | Zip Code |
| 5f. | First Name | Middle Name | Last Name | Suffix |
| | Address | City (no abbreviations) | State | Zip Code |
| 5g. | First Name | Middle Name | Last Name | Suffix |
| | Address | City (no abbreviations) | State | Zip Code |
| 5h. | First Name | Middle Name | Last Name | Suffix |
| | Address | City (no abbreviations) | State | Zip Code |
| 5i. | First Name | Middle Name | Last Name | Suffix |
| | Address | City (no abbreviations) | State | Zip Code |
| 5j. | First Name | Middle Name | Last Name | Suffix |
| | Address | City (no abbreviations) | State | Zip Code |

SI-550A - Attachment (EST 11/2016)

2/2

2016 California Secretary of State
www.sos.ca.gov/business/be