# Exhibit E



4/18/2019

To whom it May Concern,

The Otterbox/Lifeproof goods that were sold by my company to 1 to 3 Shop are genuine and authentic product purchased from authorized distributors. Please feel free to contact me if you have any questions.

Sincerely,

Joe Dattellas
Partner/VP of Sales
Joe@etechdistribution.com
(315) 415-8294



| | | |
|---|---|---|
| 208 Long Branch Rd | PHONE | 315-415-8294 |
| Ste 300 | EMAIL | joe@etechdistribution.com |
| Syracuse, NY 13209 | WEBSITE | www.etechdistribution.com |