# Exhibit F

 U.S.Cellular

**Recommerce  SOW / Invoice**

USCC Recommerce Business Services
8410 W Bryn Mawr, Suite 700
Chicago, IL 60631-3486
Email: ▓▓▓▓▓▓▓@USCellular.com

**Customer Name:**        SWIPE ICE CORP
**Bill To Customer No.:**   17689
**Invoice No.:**             143422655
**Invoice Date:**            03/20/2019

**Bill To:**
SWIPE ICE CORP
1551 BERGEN ST
BROOKLYN, NY  11213

**Payment Terms:**
Payable immediately

| Item Code | Item Description | Quantity | Unit Price | Total Price |
|---|---|---|---|---|
| OBS_ACCS_AUCTION | lot 17 lifeproof cases | 1 | | |
| Customer PO: March 2019 Auction | | | | |
| qty ▓▓ | | | | |
| OBS_ACCS_AUCTION | lot 20 otterbox | 1 | | |
| Customer PO: March 2019 Auction | | | | |
| qty ▓▓ | | | | |
| OBS_ACCS_AUCTION | lot 22 screen protectors | 1 | | |
| Customer PO: March 2019 Auction | | | | |
| qty ▓▓ | | | | |
| OBS_ACCS_AUCTION | lot 23 toys and games | 1 | | |
| Customer PO: March 2019 Auction | | | | |
| qty ▓▓ | | | | |