**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:18-cv-03198-CMA-SKC

OTTER PRODUCTS, LLC, et al.

    Plaintiffs,

v.

EDDY WANG, et al.,

    Defendants.

**DECLARATION OF TYLER B. PENSYL IN SUPPORT OF PLAINTIFFS' MOTION
FOR CONTEMPT**

I, Tyler B. Pensyl, declare as follows:

1. My name is Tyler B. Pensyl. I am a partner at the law firm of Vorys, Sater, Seymour, and Pease, LLP, and I am one of the attorneys for Plaintiffs Otter Products, LLC ("Otter") and TreeFrog Developments, Inc. ("TreeFrog") (collectively, "Plaintiffs" or "Otter") in this action. I am a member in good standing of the State Bar of Ohio, and a member in good standing of the Bar of this Court. I have personal knowledge of the facts in this Declaration and, if called as a witness, could and would testify to such facts under oath. I submit this declaration in support of Plaintiffs' Motion for Contempt.

2. On or about June 18, 2019, I became aware of two suspicious seller accounts on www.eBay.com ("eBay"). One seller account called "cosplay-party" and another called "1 To 3 Shop." As of that date, "cosplay-party" was listing 973 Otter products and "1 To 3 Shop" was listing 1188 Otter products. True and accurate lists of

the Otter products being sold by "cosplay-party" and "1 To 3 Shop" are attached hereto as Exhibits A and B.

3. The contact address listed on the seller account pages for both "cosplay-party" and "1 To 3 Shop" is 200 Valley Drive, Unit 41 Brisbane, CA 94005-1260. True and accurate copies of these seller account pages are attached hereto as Exhibits C and D.

4. As part of Otter's investigation into the Amazon storefront, "1 to 3 shop-store," Otter found an association between 200 Valley Drive, Unit 41 Brisbane, CA 94005-1260 and Eddy Wang. This association is evidenced by the various cease and desist letters addressed to 200 Valley Drive, Unit 41 Brisbane, CA 94005-1260 that Otter sent Mr. Wang prior to filing this action. Copies of the letters are attached hereto as Exhibits E-G.

5. In an effort to determine the operator of the "cosplay-party" eBay seller account, Otter searched business filings with the California Secretary of State for any corporations bearing the name "Cosplay Party." Otter determined that there is one registered corporation in California with the name Cosplay Party. The Statement of Information filed with the Secretary of State on behalf of Cosplay Party corporation names Eddy Wang as the CEO, Secretary, CFO and Director. The Statement of Information also describes Cosplay Party's business as "Internet Sales." A copy of the Statement of Information is attached as Exhibit H.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 20th, 2019

*/s/ Tyler B. Pensyl*
**Tyler B. Pensyl**