# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 18-cv-03198-CMA-SKC

OTTER PRODUCTS, LLC, and
TREEFROG DEVELOPMENTS, INC.,

    Plaintiff,

v.

EDDY WANG, and
JOHN DOES 1-10,

    Defendants.

---

## ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE HELD IN CONTEMPT OF COURT

---

This matter is before the Court on Plaintiffs' Motion for Contempt (Doc. # 38). Because it appears that Defendant Wang is in fact in violation of the Court's March 28, 2019 Order (Doc. # 28), it is

ORDERED that on or before **July 5, 2019**, Defendant Wang shall file a response to Plaintiffs' Motion and show cause as to why he should not be held in contempt of the court and why remedial and/or punitive sanctions should not be entered against him.

DATED:  June 21, 2019        BY THE COURT:

                                                  */s/ Christine M. Arguello*
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge