# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:18-cv-03198-CMA-SKC

OTTER PRODUCTS, LLC, et al.

      Plaintiffs,

v.

EDDY WANG, et al.,

      Defendants.

## PLAINTIFFS' REQUEST FOR ATTORNEYS' FEES, COSTS AND EXPENSES

Now come Plaintiffs, Otter Products, LLC and Tree Frog Developments, Inc., in accordance with this Court's Order Granting in Part Plaintiffs' Motion for Contempt (Doc. #43) and request reimbursement of attorneys' fees totaling $7,337.00.  This Motion is supported by the attached Memorandum and the Declaration of William D. Kloss, Jr.

Respectfully submitted this 12th day of November, 2019.

    By:    *s/ William D. Kloss, Jr.*
            William D. Kloss, Jr. (Ohio Bar No. 0040854)
            Tyler B. Pensyl (Ohio Bar No. 0080649)
            Arryn K. Miner (Ohio Bar No. 0093909)
            Vorys, Sater, Seymour and Pease LLP
            52 East Gay Street
            Columbus, Ohio 43215
            Phone: (614) 464-6360
            Facsimile: (614) 719-4807
            Email: wdkloss@vorys.com
                  tbpensyl@vorys.com
                  akminer@vorys.com

2

Martha L. Fitzgerald, #14078
Brownstein Hyatt Faber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 80202-4432
Phone: (303) 223-1472
Email: mfitzgerald@bhfs.com

*Counsel for Plaintiffs Otter Products, LLC and TreeFrog Developments, Inc.*

## MEMORANDUM IN SUPPORT

On June 20, 2019, Otter filed a Motion for Contempt ("Motion") (Doc. #38). On October 21, 2019, this Court granted Otter's Motion in part (Doc. #43). In its Order, this Court stated:

> Defendant Eddy Wang shall pay Plaintiffs Otter Products, LLC and Tree Frog Developments, Inc. their reasonable attorneys' fees, costs and reasonable expenses for all of their efforts in briefing the Motion for Contempt (Doc. ## 38, 41). On or before November 18, 2019, Plaintiffs shall submit their request for attorney fees, costs, and expenses, with supporting documentation.

*Id.* at 14. Plaintiffs submit the following and request that the Court order Wang to pay $7,337.00 in attorneys' fees.

In connection with the Motion (Doc. #38), work commenced on June 18, 2019, and concluded on June 26, 2019. *See* Declaration of William D. Kloss, Jr. at ¶ 5 (attached as Exhibit A). Katherine Barnes, who is an associate with a bar admission year of 2009, did 7.30 hours of work researching and drafting the Motion. *Id.* Ms. Barnes' hourly rate is $350.00. *Id.* Tyler Pensyl, who is a partner with a bar admission date of 2006, reviewed the Motion and did a small amount of additional work totaling 1.40 hours. *Id.* at ¶ 6. Mr. Pensyl's hourly rate is $440.00. *Id.* William D. Kloss, Jr., who is a partner with a bar admission of 1988, reviewed the Motion prior to filing and spent .60 hours editing and finalizing the Motion. *Id.* at ¶ 7. Mr. Kloss's hourly rate is $630.00. *Id.* at ¶ 2. Finally, Arryn Miner, an associate with a bar admission year of 2015, spent .80 hours finalizing and filing the Motion with the Court. *Id.* at ¶ 8. Ms. Miner's hourly rate is $300.00. *Id.* Thus, fees totaling $3,789.00 were incurred preparing the Motion (Doc. #34). *Id.* at ¶ 9.

After the Motion was opposed by Defendants (Doc. #40), Plaintiffs prepared a Reply Memorandum in Support ("Reply") (Doc. #41). *Id*. at ¶ 10. Work commenced on July 6, 2019 and ended on July 10, 2019. *Id*. Ms. Barnes spent 7.10 hours preparing the Reply, Mr. Pensyl spent .20 hours briefly reviewing the reply, and William D. Kloss, Jr. spent 1.50 hours finalizing the Reply. Ms. Miner spent .10 hours filing the Reply. *Id*. The fees associated with the preparation and filing of the Reply were $3,548.00. *Id*.

Plaintiffs have been billed for all of this work and have fully paid both bills. *Id*. at ¶ 11. The first bill, which reflected the time associated with the Motion for Contempt (Doc. #38), was sent on or around July 18, 2019. *Id*. The second bill, which reflected the time associated with the Reply (Doc. #41), was sent on or around August 15, 2019.[1] *Id*. The aforementioned fees were necessary and reasonable and in accordance with the typical hourly rates based upon tenure and experience charged for lawyers in this area. *Id*. at ¶ 12.

Plaintiffs submit that the total amount of $7,337.00 for the Motion and Reply is reasonable. Therefore, Plaintiffs respectfully request that this Court order Eddy Wang to pay that amount.

                                      Respectfully submitted,

By:  *s/ William D. Kloss, Jr.*
William D. Kloss, Jr. (Ohio Bar No. 0040854)
Tyler B. Pensyl (Ohio Bar No. 0080649)
Arryn K. Miner (Ohio Bar No. 0093909)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215
Phone: (614) 464-6360

---

[1] Plaintiffs have not attached copies of the invoices in order to avoid any attorney-client issue. However, should the Court desire to see redacted invoices for additional detail (as set forth in D.C.COLO.LCivR 54.3), Plaintiffs will provide them immediately.

4

Facsimile: (614) 719-4807
Email: wdkloss@vorys.com
tbpensyl@vorys.com
akminer@vorys.com

Martha L. Fitzgerald, #14078
Brownstein Hyatt Faber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 80202-4432
Phone: (303) 223-1472
Email: mfitzgerald@bhfs.com

*Counsel for Plaintiffs Otter Products, LLC and TreeFrog Developments, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF and will be served on all counsel of record.

*s/ William D. Kloss, Jr.*
William D. Kloss, Jr.