IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 18-cv-03198-CMA-SKC

OTTER PRODUCTS, LLC, and
TREEFROG DEVELOPMENTS, INC.,

    Plaintiff,

v.

EDDY WANG, and
JOHN DOES 1-10,

    Defendants.

---

**ORDER GRANTING MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES**

---

    This matter is before the Court on Plaintiffs' Motion for Attorneys' Fees, Costs, and Expenses (Doc. # 44), in which Plaintiffs seek $7,337.00 in fees for briefing related to Plaintiffs' Motion for Contempt (Doc. ## 38, 41). In evaluating the Motion, the Court followed the three-step process set forth in *Ramos v. Lamm*, 713 F.2d 546 (10th Cir. 1983), *overruled on other grounds by Pennsylvania v. Del. Valley Citizens' Council for Clean Air*, 483 U.S. 711, 725 (1987).

    The Court finds that the number of hours spent by counsel on this matter are reasonable. *Malloy v. Monahan*, 73 F.3d 1012, 1017 (10th Cir. 1996); *Rocky Mountain Christian Church v. Bd. of Cty. Comm'rs of Boulder Cty.*, No. 06-cv-00554, 2010 WL 3703224, at *2-3 (D. Colo. Sept. 13, 2010). The Court further finds that the hourly rates

of compensation billed are reasonable, based on "what lawyers of comparable skill and experience [in the given practice area] would charge for their time." *Ramos*, 713 F.2d at 555. Multiplying the reasonable hourly rates by the corresponding number of hours reasonably expended by Plaintiffs in filing their Motion for Contempt and replying to Defendant Wang's Response, results in a "lodestar" amount of $7,337.00.

Therefore, it is ORDERED that Plaintiffs' Motion for Attorneys' Fees, Costs, and Expenses (Doc. # 44) is GRANTED and judgment shall be entered in favor of Plaintiffs and against Defendant in the amount of **$7,337.00**.

DATED:  December 2, 2019

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge