**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 18-cv-03198-CMA-SKC**

OTTER PRODUCTS, LLC, and
TREEFROG DEVELOPMENTS, INC.,

    Plaintiffs,

v.

EDDY WANG, and  JOHN DOES 1-10,

    Defendants.

## DEFENDANT'S REPORT UNDER OATH OF RAY K. SHAHANI

I, Ray K. Shahani, declare as follows:

1.    On November 19, 2019, the Plaintiffs, by and through their attorneys, offered to accept from Defendant the sum of $5000 as attorneys fees due under Plaintiffs' motion for attorneys fees filed November 12, 2019 (Dkt. No. 44 et seq), on the condition that Defendants first return it's remaining inventory of Plaintiff's products.

2.    On November 21, 2019, Defendant accepted Plaintiffs' offer and shipped it's remaining inventory of Plaintiff's products to Plaintiff.

3.    On December 3, 2019, William Kloss of the Vory's Law Firm sent me an email and confirmed that Plaintiffs received the product shipped by Defendant.

4.    Mr. Wang has confirmed his agreement to pay Plaintiffs the sum of $5000

and I have advised Mr. Wang to make the payment to Plaintiffs by not later than December 31, 2019.

I declare under penalty of perjury under the laws of California, Colorado and the United States of America that the foregoing is true and correct.

Executed on December 16, 2019 in South San Francisco, California.

                                  */S/ Ray K. Shahani*

                                  Ray K. Shahani, Esq. Reg. No. 160814
                                  Oyster Point Marina Plaza
                                  400 Oyster Point Blvd., Suite 518
                                  South San Francisco, CA 94080
                                  Telephone: (650) 348-1444
                                  FAX: (650) 348-8655
                                  E-mail: rks@attycubed.com
                                  Attorney for Defendant Eddy Wang