# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 18-cv-03198-CMA-SKC**

OTTER PRODUCTS, LLC, and
TREEFROG DEVELOPMENTS, INC.,

    Plaintiffs,

v.

EDDY WANG, and JOHN DOES 1-10,

    Defendants.

---

## DEFENDANT'S FIRST SUPPLEMENTAL
## REPORT UNDER OATH OF RAY K. SHAHANI

I, Ray K. Shahani, declare as follows:

1. This morning I was informed by Defendant that a $5000 payment in the form of a for attorneys fees was mailed to Plaintiffs on December 5, 2019.

2. Later this morning, William Kloss of the Vory's Law Firm sent me an email and confirmed that Plaintiffs received $5000 payment from Defendant.

I declare under penalty of perjury under the laws of California, Colorado and the United States of America that the foregoing is true and correct.

Executed on December 17, 2019 in South San Francisco, California.

                                            /S/ Ray K. Shahani

                                            Ray K. Shahani, Esq. Reg. No. 160814

Oyster Point Marina Plaza
400 Oyster Point Blvd., Suite 518
South San Francisco, CA 94080
Telephone: (650) 348-1444
FAX: (650) 348-8655
E-mail: rks@attycubed.com
Attorney for Defendant Eddy Wang